# INTERMEDIATE COURT OF APPEALS OF HAWAI'I

| | | | |
|---|---|---|---|
| State v. Acker | 30205 | 10/12/2012 | Affirmed |
| Applebaum v. Brooks | CAAP-11-00 00692 | 10/15/2012 | Affirmed |
| Tai v. Radford | CAAP-11-00 00620 | 10/17/2012 | Vacated and Remanded |
| State v. Lui | CAAP-11-00 00081 | 10/18/2012 | Vacated, Reversed, Affirmed and Remanded |
| State v. Kahanaoi | 30734 | 10/22/2012 | Affirmed |
| Thomas v. County of Hawai'i | CAAP-11-00 00463 | 10/26/2012 | Affirmed |
| Komata v. Komata | CAAP-11-00 00537 | 10/31/2012 | Affirmed |
| State v. Morris | 29162 | 10/31/2012 | Reversed |
| State v. Jennings | CAAP-11-00 00005 | 11/09/2012 | Vacated and Remanded |
| Lopez v. State | CAAP-11-00 00512 | 11/13/2012 | Affirmed |
| Minton v. Quintal | CAAP-11-00 00317 | 11/29/2012 | Affirmed |
| State v. McBride | 30624 | 11/29/2012 | Vacated, Remanded and Affirmed |
| Interim Instream Flow Standards for Waikamoi, In re | CAAP-10-00 00161 | 11/30/2012 | Vacated and Remanded |
| State v. Munson | 30495 | 11/15/2012 | Affirmed |
| Van Ness v. State, Dept. of Educ. | CAAP-11-00 00775 | 12/10/2012 | Affirmed |
| Suppa Corp. v. Association of Apartment Owners of Kahala Beach | CAAP-11-00 00906 | 12/14/2012 | Vacated and Remanded |
| Pila'a 400 LLC v. Board of Land and Natural Resources | 28358 | 12/21/2012 | Affirmed |